■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. MAHONEY, Appellant, v. WILFRED L. DENNO, as Warden of Sing Sing Prison, Respondent.— In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Westchester County, entered September 25, 1964, which dis-

missed the writ and remanded him to respondent's custody. Appeal dismissed, without costs. In view of relator's discharge from custody on February 11, 1966, the appeal has become academic (*People ex rel. Morgan* v. *Fay*, 26 A D 2d 623). Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.